

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 08–40509
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

James Nile Wilson Jr.
  aka James N. Wilson Jr., aka James N. Wilson, aka Nile Wilson, dba Performance Lawn & Irrigation, Inc. 20–2170489
142 Reep Rd.
Kings Mountain, NC 28086
Social Security No.: xxx–xx–5537

Cynthia Ivester Wilson
  aka Cynthia I. Wilson
142 Reep Rd.
Kings Mountain, NC 28086
Social Security No.: xxx–xx–9195

# ORDER TO APPEAR AND SHOW CAUSE

The Court, having reviewed the record in the above–referenced Chapter 11 bankruptcy case, and it appearing that the attorney representing the debtor(s) has failed to file the Disclosure of Compensation of Attorney for Debtor and/or Local Form 3, Disclosure to Debtor(s) of Attorneys Fee Procedure for Chapter 13 Cases pursuant to 11 U.S.C. §329, Bankruptcy Rule 2016(b), and Local Rule 2016–1(d).

Based upon the foregoing, **IT IS HEREBY ORDERED** that the Debtor(s) attorney **APPEAR** before the undersigned Bankruptcy Judge on October 31, 2008 at 09:30 AM at Cleveland County Courthouse, 100 Justice Place, 3rd Floor, Courtroom 5, Shelby, NC 28150 and **SHOW CAUSE** for failure to comply with applicable bankruptcy law.

Upon the filing of the Disclosure of Compensation of Attorney for Debtor and/or Local Form 3, Disclosure to Debtor(s) of Attorneys Fee Procedure for Chapter 13 Cases, the court will terminate the above–scheduled hearing.

Dated: September 11, 2008

BY THE COURT

George R. Hodges
United States Bankruptcy Judge

Electronically filed and signed (9/11/08)