

FILED & JUDGMENT ENTERED
David E. Weich

Nov 04 2008

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

George R. Hodges
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE: | CASE NO:    08-40509 |
| James Nile Wilson, Jr. | CHAPTER    11 |
| Cynthia Ivester Wilson | |
|     Debtors | |

**<u>ORDER</u>**

    THIS MATTER COMING ON before the undersigned United States Bankruptcy Judge for the Western District of North Carolina on the Motion of JPMorgan Chase Bank (hereinafter "Movant") for relief from the automatic stay as to the Debtors, pursuant to the provisions of 11 U.S.C. §362 and Bankruptcy Rule 9014; and

    IT APPEARING TO THE COURT that the debt owed by the Debtors is a consumer debt that arose as a result of a Retail Installment Contract entered into by the Debtors;

    IT FURTHER APPEARING TO THE COURT that the Note was signed by the Debtors, and the Debtors pledged one 2004 Ford F250, VIN# 1FTNF20L94ED08755 as collateral on the Note.

    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that automatic stay is hereby immediately terminated pursuant to 11 U.S.C. §362 to allow Movant to liquidate the collateral described above.

    IT IS SO ORDERED.

This Order has been signed                              United States Bankruptcy Court
electronically. The Judge's
signature and court's seal
appear at the top of the Order.