

FILED & JUDGMENT ENTERED
David E. Weich

Feb 19 2009

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

**IN THE MATTER OF:**

| | | |
|---|---|---|
| NAME: | WILSON, JR., JAMES NILE | CHAPTER 13 NO. 08-40509 |
| | WILSON, CYNTHIA IVESTER | OUR FILE NO. 12605-WG |
| ADDRESS: | 142 REEP ROAD | |
| | KINGS MOUNTAIN, NC 28086 | |
| SSN: | SSN:   --- -- 5537 & --- -- 9195 | |

**Debtors.**

_____

### ORDER CONFIRMING CHAPTER 11 PLAN AND APPROVING DISCLOSURE STATEMENT

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge presiding over the United States Bankruptcy Court for the Western District of North Carolina, Shelby Division, pursuant to a motion seeking confirmation of the filed Chapter 11 plan and approval of the filed disclosure statement, the debtors appearing through their attorney of record, William S. Gardner, affirmations were presented to the Court verifying all of the requirements of 11 U.S.C. Section 1129(a) about the proposed plan and the Court made its findings; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this motion; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this motion and of the time, date and place of this hearing and that no objections were filed with the Court nor did anyone appear at the hearing to object; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtors in their motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtor has established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** that the plan filed in this case complies with 11 U.S.C. Section 1129(a) and that no party in interest has objected to the plan; and

**IT FURTHER APPEARING** that the plan filed by the debtors in this case is hereby confirmed and that the disclosure statement filed with the plan is approved: and

**IT FURTHER APPEARING** that such confirmation is conditional on the timely payment of all amounts owed in quarterly fees to the Clerk of the Bankruptcy Court and the timely filing of any status reports that are due.

**IT IS THEREFORE SO ORDERED.**

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order

United States Bankruptcy Court